IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Case No. 07-cr-00359-EWN**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**1. JORGE CARAVEO,**
   **d/b/a JUAREZ BOOT COMPANY,**

    **Defendant.**

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion to Disclose Grand Jury Material To Defendant, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i)&(F).

HAVING REVIEWED the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the government's motion is granted, and that grand jury testimony and grand jury documents may be disclosed to defendant and his attorney in the course of discovery in this case. It is further

ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the defendant and his attorney; that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same.

-2-

DATED this 19th day of September, 2007.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      Edward W. Nottingham
                                      U.S. DISTRICT COURT JUDGE
                                      DISTRICT OF COLORADO